**FILED**
CLERK, U.S. DISTRICT COURT
OCT 17, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MKU\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI ANN SARTOR & ROY EUGENE JACKSON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF RIVERSIDE & ROBERT CARRASCO,<br><br>　　　　　Defendants. | Case No. 5:22-cv-01410-MRA-SP<br><br>**VERDICT FORM** |

We, the jury, being first empaneled and sworn in the above-entitled case, find as follows:

### EXCESSIVE FORCE AND BATTERY CLAIMS

**QUESTION 1: During the incident at issue, did the defendant DEPUTY ROBERT CARRASCO use excessive or unreasonable force on JAY JACKSON?**

                     ✓ YES        ___ NO

*If you answered "Yes" to Question 1, please proceed to Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2: Did the use of excessive or unreasonable force by the defendant DEPUTY ROBERT CARRASCO proximately cause (excessive force claim) or was it a substantial factor (battery claim) in causing harm, damage, injury, loss, and/or death to JAY JACKSON?**

                     ✓ YES        ___ NO

*Please proceed to the next Question.*

## NEGLIGENCE CLAIM

**QUESTION 3:** Was the defendant DEPUTY ROBERT CARRASCO negligent toward JAY JACKSON?

✓ YES  _____ NO

*If you answered "Yes" to Question 3, please proceed to Question 4.*
*If you answered "No" to Question 3, please proceed to Question 8.*

**QUESTION 4:** Was the negligence of the defendant DEPUTY ROBERT CARRASCO a substantial factor in causing harm, damage, injury, loss, and/or death to JAY JACKSON?

✓ YES  _____ NO

*If you answered "Yes" to Question 4, please proceed to Question 5.*
*If you answered "No" to Question 4, please proceed to Question 8.*

**QUESTION 5:** Was JAY JACKSON negligent?

✓ YES  _____ NO

*If you answered "Yes" to Question 5, please proceed to Question 6.*
*If you answered "No" to Question 5, please proceed to Question 8.*

-3-

**QUESTION 6:** Was JAY JACKSON's negligence a substantial factor in causing his own harm, damage, injury, loss, and/or death?

    ✓ YES     ___ NO

*If you answered "Yes" to Question 6, please proceed to Question 7.*
*If you answered "No" to Question 6, please proceed to Question 8.*

**QUESTION 7:** What percentage of negligence that was a cause of JAY JACKSON's injury and/or death do you assign to the defendant DEPUTY ROBERT CARRASCO, and what percentage of negligence that was a cause of JAY JACKSON's injury and/or death do you assign to JAY JACKSON, if any?

    DEPUTY ROBERT CARRASCO      15 %
    JAY JACKSON      85 %
    TOTAL      100 %

*If you answered "Yes" to Question 2, please proceed to Question 8.*
*If you answered "No" to Question 2, please proceed to Question 11.*

## BANE ACT CLAIM

**QUESTION 8:** Did the defendant DEPUTY ROBERT CARRASCO use excessive or unreasonable force on JAY JACKSON so as to intentionally or recklessly interfere with the exercise of JAY JACKSON's associated constitutional/legal right to be free from excessive or unreasonable force?

_____ YES          ✓ NO

*If you answered "Yes" to Question 8, please proceed to Question 9.*
*If you answered "No" to Question 8, please proceed to Question 10.*

**QUESTION 9:** Was the defendant DEPUTY ROBERT CARRASCO's conduct in violating the Bane Act a substantial factor in causing JAY JACKSON's harm, damage, injury, loss, and/or death?

_____ YES          _____ NO

*Please proceed to the next Question.*

## LOSS OF FAMILY RELATIONS CLAIM

**QUESTION 10:** Did the defendant DEPUTY ROBERT CARRASCO act with deliberate indifference to plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON's rights to a familial relationship with decedent JAY JACKSON?

_____ YES        ✓ NO

*If you answered "Yes" to Question 2, 4, and/or 9, please proceed to Question 11.*
*If you answered "No" to Questions 2, 4, 9, and 10, please proceed to the end and sign and date this verdict form.*

## DAMAGES

**QUESTION 11:** What are JAY JACKSON'S damages for his pre-death pain and suffering?

$ 0

*Answer Question 12 only if you answered "Yes" to Question 2.*

**QUESTION 12:** What are JAY JACKSON's damages for his loss of life?

$ 300,000

*Answer Questions 13 and 14 only if you answered "Yes" to Question 10.*

-6-

**QUESTION 13:** What are the plaintiff MARI ANN SARTOR's wrongful death damages for the loss of her son, JAY JACKSON, if any?

        Past wrongful death damages:    $ _____

        Future wrongful death damages:    $ _____

**QUESTION 14:** What are the plaintiff ROY EUGENE JACKSON's wrongful death damages for the loss of her son, JAY JACKSON, if any?

        Past wrongful death damages:    $ _____

        Future wrongful death damages:    $ _____

*Answer Question 15 only if you answered "Yes" to Question 2.*

**QUESTION 15:** Was the defendant DEPUTY ROBERT CARRASCO's incident conduct malicious, oppressive, or in reckless disregard of the rights of JAY JACKSON?

        _____ YES       ✓ NO

*Please date, sign, and return this Verdict Form to the Court Clerk.*

I hereby certify that this verdict is unanimous.

Signed: ███████████    Dated: 10/17/25
    Presiding Juror               6:37 pm

-7-