# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARI ANN SARTOR, and ROY EUGENE JACKSON, individually and as successors in interest to JAY J. JACKSON, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>COUNTY OF RIVERSIDE; ROBERT CARRASCO; and DOES 1-15, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:22-cv-01410-MRA-SP<br><br>**JUDGMENT** |

Following a Jury Trial conducted on October 6 through 9 and 14 through 17, 2025, the Jury rendered a Verdict granting Judgment in part to Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON and in part to Defendants COUNTY OF RIVERSIDE and Deputy ROBERT CARRASCO. Accordingly, in light of the Jury's Verdict, it is hereby **ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** be entered as follows:

    1. On the claim of **Unlawful Seizure via Excessive Force in Violation of the Fourth Amendment**, pursuant to 42 U.S.C. § 1983, by Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON against Defendant Deputy ROBERT CARRASCO, the Court hereby enters **Judgment in favor of Plaintiffs and against Defendant Carrasco**.

    2. On the claim of **Deprivation of the Substantive Due Process Rights of Plaintiffs to Familial Relationships with the Decedent in Violation of the Fourteenth Amendment**, pursuant to 42 U.S.C. § 1983, by Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON against Defendant Deputy ROBERT CARRASCO, the Court hereby enters **Judgment in favor of Defendant Carrasco and against Plaintiffs**.

    3. On the claim of **Battery**, pursuant to California law, by Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON against Defendant Deputy ROBERT CARRASCO and vicariously against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Plaintiffs and against Defendants**.

    4. On the claim of **Negligence in Use of Force**, pursuant to California law, by Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON against Defendant Deputy ROBERT CARRASCO and vicariously against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Plaintiffs and against Defendants**.

    5. On the claim of **Intentional Interference with the Exercise of Constitutional Rights Under the Bane Act**, pursuant to California law (Cal. Civ. Code § 52.1), by Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON against Defendant Deputy ROBERT CARRASCO and vicariously against Defendant COUNTY

OF RIVERSIDE, the Court hereby enters **Judgment in favor of Defendants and against Plaintiffs**.

6. On the claim of **Wrongful Death (by Excessive Force to Plaintiffs' Decedent)**, pursuant to California law (Cal. Civ. Code § 377.60), by Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON against Defendant Deputy ROBERT CARRASCO and vicariously against Defendant COUNTY OF RIVERSIDE, the Court hereby enters **Judgment in favor of Plaintiffs and against Defendants**.

7. As part of its Verdict, the Jury awarded **$150,000.00** to Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON for damages under the claims of Unlawful Seizure via Excessive Force and Battery.

8. As part of its Verdict, the Jury also awarded **$150,000.00** to Plaintiffs MARI ANN SARTOR and ROY EUGENE JACKSON for damages under the Negligence in Use of Force claim. However, in evaluating comparative negligence, the jury found that Plaintiffs' decedent JAY JACKSON was 85% liable for his own negligent harms/damages, while Defendant Deputy ROBERT CARRASCO was 15% liable for such injuries and/or death by negligence. Accordingly, the Court hereby reduces the $150,00.00 in damages awarded by the Jury on the Negligence in Use of Force claim by 85% to **$22,500**.

9. In light of the foregoing, the total amount of compensatory damages to be awarded to Plaintiffs MARI ANN SARTOR and EUGENE JACKSON on all claims in this action is **$172,500.00**.

10. On the claim for **punitive damages**, by Plaintiffs MARIA ANN SARTOR and ROY EUGENE JACKSON against Defendants Deputy ROBERT CARRASCO and COUNTY OF RIVERSIDE, the Jury did not find any predicate for such damages and the Court therefore enters **Judgment in favor of Defendants**.

11. Plaintiffs, as the prevailing parties, are entitled to recover their costs other than attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(1), with interest calculated from the date of the entry of this Judgment at the rate specified by 28 U.S.C. § 1961 until paid.

12. Plaintiffs, as the prevailing parties, may also file a motion for attorneys' fees and are entitled to such fees to the extent permitted by law.

13. Plaintiffs are entitled to post-judgment interest under 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: October 24, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE