Brett A. Greenfield, SBN 217343
email: brett@818lawgroup.com
Falamak Abromson, SBN 234662
email: mak@818lawgroup.com
818 Law Group, LLP
21031 Ventura Blvd, Suite 1101
Woodland Hills, CA 91364-2254
Telephone: (818) 724-7272
Facsimile: (818) 806-4110

Donald G. Norris, SBN 90000
DONALD G. NORRIS, A LAW CORPORATION
600 Wilshire Blvd., Suite 890
Los Angeles, California 90017
email: dnorris@norgallaw.com
Telephone: (213) 232-0855
Facsimile: (213) 286-9499

Attorneys for Plaintiffs
Mari Ann Sartor and Roy Eugene Jackson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARI ANN SARTOR and ROY EUGENE JACKSON, individually, and as successors in interest to JAY J. JACKSON, deceased,

Plaintiffs,

vs.

COUNTY OF RIVERSIDE, ROBERT CARRASCO; and DOES 1-15, inclusive.

Defendants.

Case no. 5:22-cv-01410 MRA (SPx)

PLAINTIFFS' CHART OF REASONABLE HOURLY RATES AND NUMBER OF HOURS THAT MAY BE AWARDED TO PLAINTIFFS AS ATTORNEYS' FEES

Pursuant to the Court's Order Regarding Plaintiffs' Motion for Attorneys' Fees (Doc. 262), Plaintiffs herewith file their chart reflecting the reasonable hourly rates and number of hours that may be awarded to Plaintiffs.

| Attorney/Biller | Rate | Hours | Total |
|---|---|---|---|
| Brett Greenfield | $1200 | 675.75 H | $810,900.00 |
| Donald Norris | $1325 | 615.54 H | $815,590.50 |
| Falamak Abromson | $900 | 157.50 H | $141,750.00 |
| Julie Brantveyn | $325 | 112.46 H | $36,549.50 |
| Caroline Martinez | $250 | 379.30 H | $94,825.00 |
| | | **Total Hours:** 1,940.55 | $1,899,615.00 |

Should the Court request it, Plaintiffs will file a revised document showing all the individual entries, as corrected.

Dated: June 27, 2026

Respectfully submitted,

818 Law Group, LLP

DONALD G. NORRIS, A LAW CORPORATION

By /s/ Donald G. Norris
Attorneys for Plaintiffs