**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE and ROBERT CARRASCO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

MARI ANN SARTOR, and ROY EUGENE JACKSON, individually, and as successors in interest to JAY J. JACKSON, deceased,

Plaintiffs,

vs.

COUNTY OF RIVERSIDE; ROBERT CARRASCO; and DOES 1-15, inclusive,

Defendants.

Case No. 5:22-cv-01410 MRA (SPx)
[*Hon. Mónica Ramírez Almadani, Dist. Judge; Hon. Sheri Pym, M. Judge*]

**DEFENDANTS' COURT ORDERED SUPPLEMENTAL CHART REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [DKT. 262]**

**TO THE HONORABLE COURT, PLAINTIFFS, AND COUNSEL:**

Per the Court's Order Regarding Plaintiffs' Motion for Attorneys' Fees [Dkt. 262], Defendants submit the following Chart reflecting the reasonable hourly rates and number of hours of attorneys' fees that may be awarded to Plaintiffs, excluding those entries identified by Defendants as improperly duplicative or excessive [*see* Dkt. 250-2] and state as follows:

| **Attorney/Biller** | **Rate** | **Hours** | **Total** |
|---|---|---|---|
| Brett Greenfield | $525 | 646.05 | $339,176.25 |
| Donald Norris | $900 | 582.46 | $524,214.00 |
| Falamak Abromson | $700 | 150.7 | $105,490.00 |
| Julie Brantveyn | $325 | 71.4 | $23,205.00 |
| Caroline Martinez | $250 | 336 | $84,000.00 |
| | | **Total: 1,786.61** | $1,076,085.25 |
| **45% Reduction Due to Block Billing**[1] | | | $484,238.36 |
| **50% Reduction Due to Limited Success & Lack of Excellent Result re Public Benefit**[2] | | | $242,119.18 |

DATED: June 29, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Abigail J.R. McLaughlin*

TONY M. SAIN
TORI L. N. BAKKEN
ABIGAIL J. R. McLAUGHLIN
Attorneys for Defendants,
COUNTY OF RIVERSIDE and ROBERT CARRASCO

[1] Dkt. 250 at 12:15-24.

[2] *Id.* at 15:1-19:5.

**FEDERAL COURT PROOF OF SERVICE**
Marin Ann Sartor, et al. v. County of Riverside
USDC/Central District of California, Eastern Division

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 29, 2026, I served the following document(s): DEFENDANTS' COURT ORDERED SUPPLEMENTAL CHART REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [DKT. 262]

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 29, 2026, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

**SERVICE LIST**
**Marin Ann Sartor, et al. v. County of Riverside**
**USDC/Central District of California, Eastern Division**
**Case No. 5:22-cv-01410-JGB-(SPx)**

| | |
|---|---|
| Brett A. Greenfield, Esq.<br>Mak Abromson, Esq.<br>818 LAW GROUP, LLP<br>21031 Ventura Boulevard, Suite 1101<br>Woodland Hills, CA 91364-2254<br>Tel: (818) 724-7272<br>Fax: (818) 806-4110<br>brett@818lawgroup.com<br>mak@818lawgroup.com<br>caroline@818lawgroup.com | MARI ANN SARTOR and ROY EUGENE JACKSON |
| Donald G. Norris, Esq.<br>DONALD G. NORRIS, A LAW CORPORATION<br>500 S. Grand Avenue<br>Suite 1800<br>Los Angeles, CA 90071<br>Tel: (213) 232-0855<br>Fax: (2133) 286-9499<br>dnorris@norgallaw.com | MARI ANN SARTOR and ROY EUGENE JACKSON |